```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 03447
    PEDRO AGUILLON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-8623

-------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
    The case was filed on 04/03/2006 and was confirmed 06/19/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was converted to chapter 7 after confirmation 01/09/2007.
-------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------
CITIZENS BANK             SECURED           10306.23      245.73        2177.40
BANK ONE                  UNSECURED        NOT FILED         .00            .00
ECAST SETTLEMENT CORP     UNSECURED           2530.48        .00         125.07
CLIENT SERVICES INC       UNSECURED        NOT FILED         .00            .00
DEBT FREE AMERCA          NOTICE ONLY      NOT FILED         .00            .00
DISCOVER FINANCIAL SERVI  UNSECURED              .00         .00            .00
DISCOVER FINANCIAL SERVI  UNSECURED           6453.65        .00         311.02
SOLEEAD RAMIREC           NOTICE ONLY      NOT FILED         .00            .00
NRENT                     CURRENT MORTG         .00          .00            .00
PHILIP A IGOE             DEBTOR ATTY           .00                         .00
TOM VAUGHN                TRUSTEE                                        140.78
DEBTOR REFUND             REFUND                                            .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE             3,000.00

PRIORITY                                          .00
SECURED                                      2,177.40
    INTEREST                                   245.73
UNSECURED                                      436.09
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           140.78
DEBTOR REFUND                                     .00
                    --------------         --------------
TOTALS              3,000.00                 3,000.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 03447 PEDRO AGUILLON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                      /s/ Tom Vaughn
Dated: 05/02/07                       _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```